Case 25-01074-VFP    Doc 1-1    Filed 02/13/25    Entered 02/13/25 13:13:27    Desc
Exhibit A    Page 1 of 3

**Defendant:** Oracle America, Inc.
**Bankruptcy Case:** Bed Bath & Beyond Inc.
**Preference Period:** Jan 23, 2023 - Apr 23, 2023

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112616 | $117,774.91 | 2/17/2023 | 100587705 | 10/31/2022 | $51,389.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112616 | $117,774.91 | 2/17/2023 | 100630470 | 12/5/2022 | $66,385.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112599 | $340,327.20 | 2/17/2023 | 100630469 | 12/5/2022 | $340,327.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112688 | $500,000.00 | 2/24/2023 | 100608411_1 | 11/18/2022 | $803,318.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112688 | $500,000.00 | 2/24/2023 | 100608411_2 | 11/18/2022 | $803,318.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112688 | $500,000.00 | 2/24/2023 | CM:112688 | 2/24/2023 | ($1,106,637.40) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112935 | $513,564.63 | 3/3/2023 | 100597956 | 11/7/2022 | $210,245.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112935 | $513,564.63 | 3/3/2023 | 100608411_3 | 11/18/2022 | $803,318.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112935 | $513,564.63 | 3/3/2023 | 100608411_4 | 11/18/2022 | $803,318.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112935 | $513,564.63 | 3/3/2023 | CM:112935 | 3/6/2023 | ($1,303,318.70) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | 100596945 | 11/7/2022 | $66,549.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113044 | $29,912.50 | 3/10/2023 | 100571272 | 10/14/2022 | $29,462.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113044 | $29,912.50 | 3/10/2023 | 100568241 | 10/11/2022 | $450.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | 100597133_1 | 11/7/2022 | $72,719.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | 100596491CB | 11/7/2022 | ($40,140.80) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | 100596364 | 11/7/2022 | $21,379.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | 100596363 | 11/7/2022 | $21,461.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | 100595387 | 11/4/2022 | $4,416.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | 100580204 | 10/26/2022 | $3,540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | 100596491 | 11/7/2022 | $355,802.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113016 | $470,087.50 | 3/10/2023 | CM:113016 | 3/13/2023 | ($35,640.83) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113258 | $18,712.97 | 3/16/2023 | 100597777 | 11/7/2022 | $9,637.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597639 | 11/7/2022 | $22,273.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597460 | 11/7/2022 | $3,727.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597292 | 11/7/2022 | $8,740.73 |

Oracle America, Inc. (2277761)
Bankruptcy Case: Bed Bath & Beyond Inc.
Feb 4, 2025                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597291 | 11/7/2022 | $8,740.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597252 | 11/7/2022 | $102,625.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597185 | 11/7/2022 | $27,015.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597184 | 11/7/2022 | $27,015.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113258 | $18,712.97 | 3/16/2023 | 100597836 | 11/7/2022 | $2,708.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113258 | $18,712.97 | 3/16/2023 | 100597452 | 11/7/2022 | $2,696.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113258 | $18,712.97 | 3/16/2023 | 100597254 | 11/7/2022 | $3,670.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597778 | 11/7/2022 | $13,010.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597133_2 | 11/7/2022 | $72,719.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597779 | 11/7/2022 | $13,010.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597835 | 11/7/2022 | $3,728.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597837 | 11/7/2022 | $4,292.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597911 | 11/7/2022 | $5,561.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597955 | 11/7/2022 | $118,276.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | CM:113294 | 3/17/2023 | ($37,078.18) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597775 | 11/7/2022 | $27,015.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113294 | $433,684.64 | 3/16/2023 | 100597776 | 11/7/2022 | $13,010.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100658998 | 12/31/2022 | $3,147.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113404 | $105,937.18 | 3/27/2023 | 100672221 | 1/13/2023 | $47,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113404 | $105,937.18 | 3/27/2023 | 100652950 | 12/28/2022 | $15,150.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113404 | $105,937.18 | 3/27/2023 | 100630240 | 12/5/2022 | $4,416.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113404 | $105,937.18 | 3/27/2023 | 100630239 | 12/5/2022 | $8,350.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113404 | $105,937.18 | 3/27/2023 | 100627966 | 12/5/2022 | $28,022.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100663917 | 1/5/2023 | $59,408.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100643851 | 12/19/2022 | $15,090.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100636261 | 12/9/2022 | $49,155.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100630241 | 12/5/2022 | $174,823.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100625648 | 11/30/2022 | $47,270.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100612265 | 11/22/2022 | $3,835.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100601623 | 11/11/2022 | $7,781.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100599244 | 11/8/2022 | $22,981.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113376 | $434,596.94 | 3/27/2023 | 100653845 | 12/30/2022 | $51,104.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113404 | $105,937.18 | 3/27/2023 | 100620060 | 11/30/2022 | $2,497.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113560 | $500,000.00 | 4/6/2023 | 100680567 | 1/24/2023 | $7,965.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113560 | $500,000.00 | 4/6/2023 | CM:113560 | 4/7/2023 | ($75,081.57) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113560 | $500,000.00 | 4/6/2023 | 100684261 | 1/27/2023 | $47,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113560 | $500,000.00 | 4/6/2023 | 100684262_1 | 1/27/2023 | $519,776.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113758 | $78,809.41 | 4/21/2023 | CM:113758 | 4/21/2023 | ($444,695.00) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113736 | $422,087.79 | 4/21/2023 | 100686254 | 1/30/2023 | $66,549.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113736 | $422,087.79 | 4/21/2023 | 100686255 | 1/30/2023 | $118,276.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113736 | $422,087.79 | 4/21/2023 | 100686256 | 1/30/2023 | $210,245.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113736 | $422,087.79 | 4/21/2023 | 100686257 | 1/30/2023 | $27,015.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113758 | $78,809.41 | 4/21/2023 | 100684262_2 | 1/27/2023 | $519,776.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113758 | $78,809.41 | 4/21/2023 | 100686199A | 1/30/2023 | $3,727.84 |

**Totals:** 13 transfer(s), $3,965,495.67